```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
FORTIS CORPORATE INSURANCE a/s/o    :
ARCELOR INTERNATIONAL CANADA, INC., :

            Plaintiffs,             :

        - against -                 :         ORDER

M/V GULL ARROW, her engines,        :         09 Civ. 184 (DC)
boilers, etc. et al.,
                                    :

            Defendants.             :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-09

**CHIN, District Judge**

       On consent of the parties, the motion to dismiss filed by defendant Western Stevedoring Co. Ltd. is granted. The complaint is hereby dismissed as to Western Stevedoring Co. Ltd.

       SO ORDERED.

Dated:    New York, New York
            May 29, 2009

DENNY CHIN
United States District Judge